THE PEOPLE OF THE STATE OF NEW YORK ex rel. THEODORE R. UNGER, Appellant, *v.* ARTHUR WOODS, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Unger* v. *Woods,* 170 App. Div. ——, affirmed.
(Submitted November 17, 1915; decided December 7, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 30, 1915, which dismissed a writ of certiorari and confirmed the proceedings of the defendant dismissing the relator on charges from the police force of the city of New York. The specifications were: " *First.* Said Patrolman Theodore R. Unger, having been assigned to patrol post No. 3, within 22nd precinct, from 4 to 12 P. M., February 20th, 1915, did not properly patrol, and when seen at or about 9.27 P. M., same date, was standing on the north side of 35th Street, about 50 feet west of 7th Avenue near the side entrance of licensed liquor saloon No. 462 7th Avenue, drinking a glass of lager beer. *Second.* Said Patrolman Theodore R. Unger, having been directed at or about 9.27 P. M., February 20, 1915, by Captain Joseph A. Conboy, 22nd Precinct, to produce for inspection a glass from which said patrolman was drinking lager beer, refused to do so, and threw the glass and contents into an ash can, breaking same."

*Harry Crone* for appellant.

*Lamar Hardy, Corporation Counsel* (*Thomas F. Magner* and *Frank Julian Price* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CARDOZO, SEABURY and POUND, JJ.